IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AGNOTTI & REILLY, INC.

    Petitioner                                        No. C 04-00081 MISC JSW

    v.

PARADIGM COMMUNITIES, INC.,

    Respondent.

**ORDER REQUIRING STATUS REPORT**

On June 1, 2004, the parties in this action submitted a stipulation extending Respondent's time to respond to Agnotti & Reilly, Inc.'s petition to confirm arbitration award to June 18, 2004. There has been no further activity in this matter since that time.

Accordingly, the parties are HEREBY ORDERED to submit a status report to the Court by Friday, May 13, 2005. If the parties have resolved this matter, they are FURTHER ORDERED to file an appropriate dismissal with the Court by that time.

**IT IS SO ORDERED.**

Dated: May 2, 2005                                                  /s/ Jeffrey S. White
                                                                     JEFFREY S. WHITE
                                                                     UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California